IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HARRY LEE JOHNSON, JR.**  **PLAINTIFF**
**#121212**

v.   Case No. 4:22-CV-567-LPR

**KENNY DUNHAM, et al.**   **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order filed on this date, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Harry Lee Johnson, Jr.'s Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from this Judgment and any related orders would be frivolous and not in good faith.

DATED this 3rd day of January 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE